UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| REIS, INC. and REIS SERVICES, LLC,<br><br>                                   Plaintiffs,<br><br>—against—<br><br>LENNAR CORP., RIALTO CAPITAL MANAGEMENT, LLC, and RIALTO CAPITAL ADVISORS OF NEW YORK, LLC,<br><br>                                   Defendants. | 15 Civ. 7905 (GBD)<br><br>**MOTION TO WITHDRAW AS COUNSEL** |

      PLEASE TAKE NOTICE that pursuant to Local Rule 1.4 of the Local Rules of the United States District Courts for the Southern and Eastern Districts of New York, Scott Caplan, formerly associated with the law firm of Patterson Belknap Webb & Tyler LLP, hereby moves for leave to withdraw his appearance in the above-captioned action, as he is no longer associated with the firm.  Patterson Belknap Webb & Tyler LLP, by Geoffrey Potter and Aron Fischer, will remain counsel to plaintiffs Reis, Inc. and Reis Services, LLC.

Dated:   New York, New York
             June 1, 2016

By:   /s/ Scott Caplan
     **Patterson Belknap Webb & Tyler LLP**
     Scott Caplan
     1133 Avenue of the Americas
     New York, New York 10036
     (212) 336-2000
     scaplan@pbwt.com

     *Attorney for Plaintiffs Reis, Inc. and Reis Services, LLC*

8974495v.1