UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------- x
REIS, INC. *and* REIS SERVICES, LLC,

                    Plaintiffs,
-against-

LENNAR CORP., RIALTO CAPITAL
MANAGEMENT, LLC, *and* RIALTO CAPITAL
ADVISORS OF NEW YORK, LLC,

                    Defendants.
------------------------------------- x

ORDER

15 Civ. 7905 (GBD)

GEORGE B. DANIELS, United States District Judge:

    The July 6, 2016 conference is cancelled.

Dated: New York, New York
       July 5, 2016

SO ORDERED.

*George B. Daniels*
GEORGE B. DANIELS
United States District Judge