**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
------------------------------------------------------------X
REIS, INC. and REIS SERVICES, LLC,

               Plaintiff,

      -against-

LENNAR CORP. RIALTO CAPITAL
MANAGEMENT, LLC, and RIALTO CAPITAL,
               Defendants.
------------------------------------------------------------X

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 7/6/2016

**15 CIVIL** 7905 (GBD)

**JUDGMENT**

     Defendants having moved to dismiss the Complaint for failure to state a claim pursuant to Fed. R. Civ. P. 12(b)(6), and the matter having come before the Honorable George B. Daniels, United States District Judge, and the Court, on July 5, 2016, having rendered its Memorandum Decision and Order granting Defendants' motion to dismiss Plaintiffs' claims under the CFAA and for secondary federal copyright infringement, This Court declining to exercise supplemental jurisdiction over Plaintiffs' remaining state law claims, and directing the Clerk of Court to close this case, it is,

     **ORDERED, ADJUDGED AND DECREED:** That for the reasons stated in the Court's Memorandum Decision and Order dated July 5, 2016, Defendants' motion to dismiss for failure to state a claim is granted as to Plaintiffs' CFAA and secondary federal copyright claims; this Court declines to exercise supplemental jurisdiction over plaintiffs' state law claims accordingly, this case is closed.

**Dated:** New York, New York
      July 6, 2016

                     **RUBY J. KRAJICK**

                     **Clerk of Court**

        BY:

                     **Deputy Clerk**